Timothy JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 75415.

Missouri Court of Appeals,
Western District.

Aug. 27, 2013.

Timothy Johnson, Appellant Pro-se.

Shaun Mackelprang, for Respondent.

Before Division I: VICTOR C. HOWARD, Presiding Judge, JOSEPH M. ELLIS, Judge, and ANTHONY REX GABBERT, Judge.

## ORDER

PER CURIAM:

Timothy Johnson appeals the circuit court's denial of his motion to reopen his Rule 29.15 post-conviction case. On appeal, Johnson claims that the circuit court clearly erred in denying his motion because he was entitled to reopen the Rule 29.15 proceedings in that he was abandoned by his post-conviction counsel. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 84.16(b).